**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SARA BEER,** § | |
| § | |
| *Plaintiff* § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 3:17-CV-1510-G** |
| § | |
| **ZURICH AMERICAN LIFE INSURANCE** § | |
| **COMPANY, ZURICH AMERICAN** § | |
| **INSURANCE COMPANY, HOTELS.COM,** § | |
| **LP AND HOTELS.COM GP, LLC** § | |
| § | |
| *Defendants* § | |

## DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S STIPULATION

Defendant Zurich American Insurance Company ("Zurich") hereby stipulates that Defendants Hotels.com, LP and Hotels.com GP, LLC had no involvement with and were not responsible for making the decision to deny Plaintiff's claim for accidental death benefits at issue in this lawsuit. Zurich further stipulates that Defendants Hotels.com, LP and Hotels.com GP, LLC are not responsible for payment of the accidental death benefits at issue in this lawsuit. Zurich is the sole entity responsible for making the benefit determination and for payment of accidental death benefits under the policy.

Respectfully submitted,

*/s/ Rodrigo Garcia, Jr.*
RODRIGO GARCIA, JR.
State Bar No. 00793778

THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8206
Telecopy: (713) 403-8299
E-Mail: dgarcia@thompsoncoe.com

                                **ATTORNEYS FOR DEFENDANTS**
                                **ZURICH AMERICAN LIFE INSURANCE**
                                **COMPANY and ZURICH AMERICAN**
                                **INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

It is hereby certified that on August 30, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all attorneys of record.

James D. Walker
JIM WALKER AND ASSOCIATES, PLLC
4925 Greenville Avenue, Suite 200
Dallas, Texas 75206
jim@jimwlaw.com

Tanya D. Henderson
PERKINS COIE
500 N. Akard, Suite 300
Dallas, Texas 75201
THenderson@perkinscoie.com

                                            */s/ Rodrigo Garcia, Jr.*
                                            RODRIGO GARCIA, JR.