UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SARA BEER,<br><br>    Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN LIFE INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, HOTELS.COM, LP AND HOTELS.COM GP, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § §     CASE NO. 3:17-CV-1510-G |

### JOINT MOTION TO DISMISS DEFENDANTS HOTELS.COM, LP AND HOTELS.COM GP, LLC ONLY

Plaintiff Sara Beer ("Plaintiff") and Defendants Hotels.com, LP and Hotels.com GP, LLC (collectively "Hotels.com" and together with Plaintiff, the "Parties"), have entered into a settlement agreement and file this Joint Motion to Dismiss Defendants Hotels.com, LP and Hotels.com GP, LLC only. The Parties move to dismiss as follows:

1. All claims and causes of action asserted or which could have been asserted in the above-referenced case against Sara Beer or against Hotels.com LP or against Hotels.com GP, LLC to be dismissed with prejudice to any refiling of same or any portion thereof in any form.

2. Any outstanding Court costs to be paid by the party incurring the same.

3. The Parties request that the Court execute an Order Granting this Motion.

4. This dismissal is not intended to dismiss Defendants Zurich American Life Insurance Company and Zurich American Insurance Company from this action.


Respectfully submitted,

| | |
|---|---|
| */s/ James "Jim" Walker* | */s/ Tanya D. Henderson* |
| James "Jim" Walker | Tanya D. Henderson |
| **Jim Walker & Associates, PLLC** | State Bar No. 50511706 |
| Texas State Bar No. 24042111 | thenderson@perkinscoie.com |
| 4925 Greenville Ave., Suite 200 | **PERKINS COIE LLP** |
| Dallas, TX 75206 | 500 N. Akard Street, Suite 3300 |
| Telephone: (214) 227-9812 | Dallas, TX 75201-2911 |
| Facsimile: (972) 434-3052 | Phone: (214) 965-7700 |
| Jim@jimwlaw.com | Fax: (214) 965-7799 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS HOTELS.COM GP, LLC AND HOTELS.COM, LP** |

## CERTIFICATE OF SERVICE

On September 20, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel for parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Tanya D. Henderson*
Tanya D. Henderson