UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SARA BEER,                              )
                                        )
        Plaintiff,                      )
                                        )       CIVIL ACTION NO.
VS.                                     )
                                        )       3:17-CV-1510-G
ZURICH AMERICAN INSURANCE               )
COMPANY, ET AL.,                        )
                                        )
        Defendants.                     )

## ORDER OF DISMISSAL AS TO DEFENDANTS HOTELS.COM, LP AND HOTELS.COM GP, LLC

On this day, this court considered the joint motion to dismiss (docket entry 18) filed by plaintiff and defendants Hotels.com, LP and Hotels.com GP, LLC. The court finds that the parties entered into a settlement agreement and no longer wish to pursue their claims against each other.

It is therefore **ORDERED** that all claims and causes of action asserted or which could have been asserted by plaintiff against defendants Hotels.com, LP and Hotels.com GP, LLC or which could have been asserted by defendants Hotels.com, LP and Hotels.com GP, LLC against plaintiff in the above-entitled action are hereby

**DISMISSED** with prejudice to any refiling of same or any portion thereof in any form.

Defendants Zurich American Life Insurance Company and Zurich American Insurance Company are not dismissed by this order.

It is further **ORDERED** that any outstanding court costs are to be paid by the party incurring the same.

**SO ORDERED**.

September 27, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**